# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Civil Action No. 8:12-mc- |
| ANNA C. INGLETT, | ) ) ) |
| Respondent. | ) ) |

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, avers as follows:

1. This is an action for judicial enforcement of an Internal Revenue Service summons pursuant 26 U.S.C. §§ 7402(b) and 7604(a). This Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 1340 and 1345.

2. The Respondent, Anna C. Inglett resides in Clearwater, Florida, which is within the jurisdiction of this Court.

3. Tammy Evans, a Revenue Officer for the Internal Revenue Service, is employed in the Small Business/Self-Employed, South Atlantic Area, Tampa, Group 27. As a revenue officer, she is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602.

4. Revenue Officer Tammy Evans is conducting an investigation for the purpose of examining the income tax liability of the Respondent for the tax years

ending December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009, and December 31, 2010, as well as the assessed I.R.C. § 6702 civil penalty liabilities for the tax periods ending June 30, 2003, December 31, 2006, December 31, 2007, and December 31, 2008, as is set forth in the Declaration of Revenue Officer Tammy Evans attached hereto as Exhibit 1.

     5.     On January 4, 2012, an Internal Revenue Service summons was issued by Revenue Officer Tammy Evans directing the Respondent to appear before her on January 27, 2012, to give testimony and to produce for examination and copying certain books, records, papers, and other data described in said summons. An attested copy of the summons was served on the Respondent by Tammy Evans, Revenue Officer, on January 4, 2012, by handing an attested copy of the summons to the Respondent. The summons is attached and incorporated as Exhibit 2.

     6.     The Respondent did not appear on January 27, 2012 in response to the summons.

     7.     The Respondent has in her possession, custody or control information, books, records, papers, and other data which may be relevant and material to the investigation.

     8.     It is necessary and relevant to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to properly determine the federal tax liability of Respondent for the 2006, 2007, 2008, 2009, and 2010 tax years, and for the tax periods ending June 30, 2003, December 31, 2006, December 31, 2007, and December 31, 2008.

9. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been followed.

10. A Justice Department referral, as defined by § 7602(d) (2) of the Internal Revenue Code of 1986, is not in effect with respect to Respondent for the year under investigation.

WHEREFORE, the Petitioner respectfully prays:

a. That this Court enter an order directing the Respondent to show cause, if any, why she should not comply with and obey the aforementioned summons and each and every requirement thereof;

b. That this Court further order that the Petitioner be given thirty (30) days from the date of the Order within which to serve Respondent with the same;

c. That this Court enter an order directing the Respondent, to appear before Revenue Officer Tammy Evans, or any other designated officer of the Internal Revenue Service at such time and place as may hereafter be fixed by Revenue Officer Tammy Evans and/or her designee, and to give testimony and produce for examination and copying the books, records, papers, and other data as demanded by the summons for the years tax years ending December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009, and December 31, 2010;

d. That the United States recover its costs in maintaining this action; and,

e. That this Court grant such other and further relief as is just and proper.

        Respectfully submitted,

        **ROBERT E. O'NEILL**
        United States Attorney

By:   *s/John F. Rudy, III*
        **JOHN F. RUDY, III**
        Assistant United States Attorney
        Florida Bar No.  0136700
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone:  (813) 274-6000
        Facsimile:  (813) 274-6198
        E-mail:  john.rudy@usdoj.gov

Dated:  April 6, 2012