UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| ANNA C. INGLETT, | ) |
| | ) |
| Respondent. | ) |

**DECLARATION**

Tammy G. Evans declares:

    1.   I am a duly commissioned Revenue Officer employed in Small Business/Self-Employed Office of the Internal Revenue Service at Tampa, Florida.

    2.   In my capacity as a Revenue Officer, I am attempting to collect the assessed income tax liabilities of Anna C. Inglett for tax years ending December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009, and December 31, 2010, as well as the assessed I.R.C. § 6702 civil penalty liabilities of Anna C. Inglett for the tax periods ending June 30, 2003, December 31, 2006, December 31, 2007, and December 31, 2008.

    3.   In furtherance of the collection of the above referenced tax liabilities, and in accordance with Section 7602 of Title 26 U.S.C. on January 4, 2012, I issued an Internal

**EXHIBIT 1**

Revenue Service summons to Anna C. Inglett, to give testimony and to produce for examination books, papers, records, or other data as described in said summons.

4. In accordance with section 7603 of Title 26 U.S.C. on January 6, 2012 I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on Anna C. Inglett by handing it to Ms. Inglett, as evidenced in the certificate of service, which is attached to the summons.

5. On January 27, 2012, Anna C. Inglett, the respondent, refused to provide: (1) copies of all contracts for services for entities named in the summons; (2) documents listing the name, address, amount owed, and last payment made by each debtor being collected from each entity named in the summons; (3) copies of the lease contracts of the property located at 4950 W. Kennedy Blvd., Tampa, Florida, and for any entity named in the summons; and (4) documents, which were more particularly described in the summons, for each entity specifically named in the summons, in which Ms. Inglett had any interest since January 1, 2011, all of which were requested in the summons. Anna C. Inglett's refusal to comply with the summons continues to the date of this declaration.

6.  Although some information may already be in the possession of the Internal Revenue Service, the records stated in paragraph 5 above, and sought by the summons, are not.

7.  All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8.  It is necessary to obtain the data sought by the summons in order to collect the federal income tax liabilities of Anna C. Inglett for the tax years ending December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009, and December 31, 2010, as well as to collect the I.R.C. § 6702 civil penalty liabilities of Anna C. Inglett for the tax periods ending June 30, 2003, December 31, 2006, December 31, 2007, and December 31, 2008.

9. A Justice Department referral, as defined by Section 7602(d)(2) of the Internal Revenue Code of 1986, is not in effect with respect to Anna C. Inglett for the years and tax periods, for which collection is sought.

I declare under penalty of perjury and pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed this 13th day of March, 2012.

*Tammy G Evans*

Tammy G. Evans
Revenue Officer
Internal Revenue Service
3848 W. Columbus Dr.
Stop 5227
Tampa, FL  33607
(813) 315-2436