

# Summons

In the matter of **ANNA C INGLETT,**

Internal Revenue Service (Division): **SMALL BUSINESS/SELF EMPLOYED**

Industry/Area (name or number): **SB/SE AREA 3 (23)**

Periods: **See Attachment 1 to Summons Form 2039 for Period Information**

## The Commissioner of Internal Revenue

To: **ANNA INGLETT**

At:

You are hereby summoned and required to appear before TAMMY EVANS, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

THIS SUMMONS PERTAINS TO DOCUMENTS (AND TESTIMONY) RELATING TO:

1) PHG FINANCIAL RECOVERY SERVICES, LLC   EIN:
2) PUTNAM HEALTHCARE SERVICES LLC  EIN:
3) JOHN PUTNAM INTERNATIONAL, INC.  EIN:
4) OLH HOLDINGS, LLC (EIN UNKNOWN)
5) ASKMYADVOCATE.COM  (EIN UNKNOWN)
6) MYCAREADVOCATES.COM (EIN UNKNOWN)
7) ANY AND ALL BUSINESS ENTITIES, SOLE PROPRIETORSHIPS, PARTNERSHIPS, OR OTHER BUSINESS VENTURES IN OPERATION AND EITHER OWNED (IN WHOLE OR PART) OR OPERATED BY ANNA INGLETT FROM JANUARY 1, 1999 TO THE DATE OF COMPLIANCE WITH THIS SUMMONS.

ALL DOCUMENTS AND TESTIMONY ARE REQUESTED FOR THE TIME PERIOD BEGINNING JANUARY 1, 2011 TO THE DATE OF COMPLIANCE OF THIS SUMMONS AND ARE SET OUT ON ATTACHMENT "2" TO THIS SUMMONS.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

3848 WEST COLUMBUS DRIVE, STOP 5227, TAMPA  FL  33607-5768  (813) 315-2436

**Place and time for appearance at**   3848 WEST COLUMBUS DRIVE, STOP 5227, TAMPA, FL  33607-5768

## IRS

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039(Rev. 10-2010)
Catalog Number 21405J

on the 27th day of  January , 2012 at 10:00 o'clock a m.

Issued under authority of the Internal Revenue Code this 4th day of January , 2012

_Tammy Evans_
**TAMMY EVANS**
Signature of Issuing Officer

_Francine Dupree_
Signature of Approving Officer (if applicable)

REVENUE OFFICER
Title

_Group Manager_
Title

**EXHIBIT 2**        **Original —** to be kept by IRS



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| January 6, 2012 | 8:05 |

**How Summons Was Served**

1. ☑ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):_____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: _____

| Signature | Title |
|-----------|-------|
| Jimmy A Evans | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____     Time:_____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summonsed.

☑ No notice is required.

| Signature | Title |
|-----------|-------|
| Jimmy A Evans | Revenue Officer |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| N/A | |

Form **2039** (Rev. 10-2010)

## Attachment 1 to Summons Form ∠039

In the matter of **ANNA C INGLETT**

Period information:  Form 1040 for the calendar periods ending December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009 and December 31, 2010 and Form CIVPEN for the quarterly periods ending June 30, 2003, December 31, 2006, December 31, 2007 and December 31, 2008

## Attachment 1 to Summons Form 2039

In the matter of __ANNA C INGLETT_____

Period information:  Form 1040 for the calendar periods ending December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009 and December 31, 2010 and Form CIVPEN for the quarterly periods ending June 30, 2003, December 31, 2006, December 31, 2007 and December 31, 2008

# Attachment 2 to Summons Form 2039

In the matter of **ANNA C INGLETT**

Request for other records (continued):

1)  Copy of each and every contract for services (including contracts for collection) held by any entity (1 - 7) named above;

2)  Documents providing the name, address, amount owed, and last payment made by each debtor being collected from by any entity (1 - 7) named above;

3)  Copy of the lease contract for property located at 4950 W Kennedy Blvd, Tampa Florida and any and other lease contract by any entity (1 - 7) named above;

4)  Documents for each and every entity named above (1-7) in which Ms. Anna Inglett had/has any interest from January 1,  2011 to the date of compliance with this summons.  Specifically, documents are sought that that show:

   a.  Date ownership was acquired;

   b.  Consideration that was paid for the ownership;

   c.  Last six months statements from each and every Merchant check card processor (such as for Visa, Mastercard, etc...) that processes credit card transactions for Ms. Anna Inglett and/or for  any entity  (1 - 7) named above;

   d.  A copy of each and every monthly bank statement for any/ all accounts either held by Anna Inglett, by any  entity (1 - 7) named above, or held for the benefit of either Anna Inglett or for any entity (1 - 7) named above.  Statements are requested from January 1, 2011 to the date of compliance with this summons.

   e.  A copy of each and every credit card billing statement for all credit cards for all accounts where Ms. Inglett personally or  any entity (1 - 7) named above has or had an interest.   Statements are requested from January 1, 2011 to the date of compliance with this summons.

   f.   A copy of the current signator card for each financial account identified in item 4(d) above;

   g.  All documents containing the name, and/or address, and/or EIN for each and every entity (corporation, LLC, partnership, or other form of entity) in which Ms. Anna Inglett has or has had ownership or interest in from January 1, 2011 to the date of the compliance with this summons.

   h.  For each entity  in which Ms. Anna Inglett has or has had ownership or interest in from January 1, 2011 to the date of the compliance with this summons, please provide all documents relating to the business formation (corporate resolutions, operating agreement(s), etc...) as well as a copy of the corporate or other books and records kept for each entity including but not limited to records of annual meetings, meetings of shareholders, resolutions, and other books and records kept by each entity in its normal course of business from January 1, 1999 to the date of compliance with this summons.

   i.  All documents or records containing the web address for each website Ms. Inglett (or any entity in which Ms. Inglett has had or currently has interest and/or control) is currently conducting business  or has conducted business from January 1, 2011 to the date of compliance with this summons.

   j.   All books, records, and other documents containing the name, address, and amount paid for each and every individual or entity that either Ms. Anna Inglett, personally, or any company or business in which Ms. Inglett has or had an interest (from January 1, 2011 to the date of compliance with this summons), paid wages, commissions, non-employment compensation, or other type of remuneration.